UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KATE CONNOR DONNELLY,

    Plaintiff,

v.

                                          Case No. 8:17-cv-981-T-24 AEP

NANCY BERRYHILL,
Acting Commissioner of Social
Security,

    Defendant.
_____/

**O R D E R**

This cause comes before the Court for consideration of Plaintiff's motion for attorneys' fees. (Doc. No. 26). This motion was considered by the United States Magistrate Judge, pursuant to a specific order of referral. Magistrate Judge Porcelli has filed his report recommending that the motion be granted. (Doc. No. 27). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No objections were filed.

Upon consideration of the Report and Recommendation and upon this Court's independent examination of the file, it is now **ORDERED AND ADJUDGED** that:

(1)     The Magistrate Judge's Report and Recommendation (Doc. No. 27) is adopted and incorporated by reference in this Order of the Court.

(2)     Plaintiff's motion for attorneys' fees (Doc. No. 26) is **GRANTED**.

(3)     Plaintiff is awarded attorneys' fees in the amount of $7,530.55 and costs in the amount of $40.

**DONE AND ORDERED** at Tampa, Florida, this 3rd day of January, 2019.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Anthony E. Porcelli
Counsel of Record